Form 8

FORM 8. Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TMI PRODUCTS, INC.   v. ROSEN ENTERTAINMENT SYSTEMS

No. 14-1553

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:  TMI PRODUCTS, INC.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | REYNALDO C. BARCELO |
| Law firm: | BARCELO, HARRISON & WALKER, LLP |
| Address: | 2901 WEST COAST HWY, SUITE 200 |
| City, State and ZIP: | NEWPORT BEACH, CA 92663 |
| Telephone: | 949-340-9736 x1 |
| Fax #: | 949-258-5752 |
| E-mail address: | rey@bhiplaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/2/14                                    /s/ Rey Barcelo
Date                                      Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing Entry of Appearance (Form 8) document via the Court's CM/ECF system and that counsel for each party currently in this litigation have consented to electronic service via the Court's CM/ECF system. In addition, the foregoing Entry of Appearance (Form 8) document was filed via the Court's electronic filing system on July 2 and July 3, 2014, and copies were served on counsel of record for all parties via electronic mail on July 2 and July 3, 2014.

Dated: July 3, 2014            By: _____
                                    Reynaldo C. Barceló

                               BARCELÓ, HARRISON
                                 & WALKER, LLP

                               Reynaldo C. Barceló (199741)
                               2901 West Coast Hwy, Suite 200
                               Newport Beach, CA 92663

                               (949) 340-9736 x1 (phone)
                               (949) 258-5752 (fax)
                               rey@bhiplaw.com

                               *Attorneys for TMI Products, Inc.*