Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TMI PRODUCTS, INC.    v.   ROSEN ENTERTAINMENT SYSTEMS

No. 14-1553

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) APPELLANT certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

TMI PRODUCTS, INC.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A (TMI PRODUCTS, INC. IS THE REAL PARTY IN INTEREST)

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

NONE.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

REYNALDO C. BARCELO, JOSHUA C. HARRISON, GUADALUPE M. GARCIA, and DAVID B. WALKER, all of BARCELO. HARRISON & WALKER, LLP, 2901 W. COAST HWY, SUITE 200, NEWPORT BEACH CA

JULY 9, 2014
Date

Signature of counsel
REYNALDO C. BARCELO
Printed name of counsel

Please Note: All questions must be answered
cc: COUNSEL OF RECORD (VIA EFS AND EMAIL)

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing Certificate of Interest (Form 9) document via the Court's CM/ECF system and that counsel for each party currently in this litigation have consented to electronic service via the Court's CM/ECF system. In addition, the foregoing Certificate of Interest (Form 9) document was filed via the Court's electronic filing system on July 9, 2014, and copies were served on counsel of record for all parties via electronic mail on July 9, 2014.

Dated: July 14, 2014        By: _____
                                Reynaldo C. Barceló

BARCELÓ, HARRISON
    & WALKER, LLP

Reynaldo C. Barceló (199741)
2901 West Coast Hwy, Suite 200
Newport Beach, CA 92663

(949) 340-9736 x1 (phone)
(949) 258-5752 (fax)
rey@bhiplaw.com

*Attorneys for TMI Products, Inc.*