NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TMI PRODUCTS INC,**
*Plaintiff – Appellant,*

v.

**ROSEN ENTERTAINMENT SYSTEMS LP,**
*Defendant – Appellee.*

---

14-1553

---

Appeal from the United States District Court for the Central District of California in No. 5:12-cv-02263-RGK-SP United States District Judge R. Gary Klausner.

---

ON MOTION

O R D E R

Upon consideration of the Appellant, TMI Products Inc's unopposed motion to extend time to file their principal brief until September 02, 2014,

IT IS ORDERED THAT:

    The motion is granted.

                                                    FOR THE COURT

August 8, 2014                    /s/ Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk of Court