NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

_____

**TMI PRODUCTS INC,**

*Plaintiff - Appellant*

**v.**

**ROSEN ENTERTAINMENT SYSTEMS LP,**

*Defendant - Appellee*

_____

14-1553

_____

Appeal from the United States District Court for the Central District of California in case no. 5:12-cv-02263-RGK-SP United States District Judge R. Gary Klausner

_____

ON MOTION

_____

O R D E R

Upon consideration of the Appellee's, Rosen Entertainment Systems LP, unopposed motion to extend time to file a principal response brief until October 31, 2014,

**IT IS ORDERED THAT:**

The motion  to extend time is granted.

The motion to expedite the ruling on the motion to extend time to file the appellee's principal brief is denied as moot.

FOR THE COURT

October 16, 2014                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court